IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES P. LANCASTER                                                    PLAINTIFF

v.                         No. 4:21-cv-755-DPM

EDWARD ADCOCK; STARK LIGON,
Director, Office of Professional Conduct;
CHARLES D. HANCOCK; CATHLEEN
COMPTON, Judge; BRYCE BREWER;
MIKE LANCASTER                                       DEFENDANTS

JUDGMENT

Lancaster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2021