IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES P. LANCASTER                                                                    PLAINTIFF

v.                                  No. 4:21-cv-755-DPM

EDWARD ADCOCK; STARK LIGON,
Director, Office of Professional Conduct;
CHARLES D. HANCOCK; CATHLEEN
COMPTON, Judge; BRYCE BREWER;
MIKE LANCASTER                                                                       DEFENDANTS

ORDER

Lancaster seeks payment for the time he served as his late-brother's caregiver. Lancaster, however, still has not shown how the FLSA is applicable to either him or the defendants. That Lancaster was referenced by defendants as a caregiver does not establish a federal claim for unpaid wages. Lancaster's motion for reconsideration on the FLSA issues, *Doc. 7*, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 January 2022