IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES P. LANCASTER                        PLAINTIFF

v.                   No. 4:21-cv-755-DPM

EDWARD ADCOCK; STARK LIGON,
Director, Office of Professional Conduct;
CHARLES D. HANCOCK; CATHLEEN
COMPTON, Judge; BRYCE BREWER;
MIKE LANCASTER                      DEFENDANTS

ORDER

Lancaster's continued disagreement with my ruling does not support recusal. His second motion for me to recuse, *Doc. 9*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 February 2022